United States District Court
Southern District of Texas
**ENTERED**
September 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:22-CR-00229 |
| § | |
| JAIME TOVAR, JR. § | |
| § | |
| Defendant. § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on March 24, 2022. A petition for action on pretrial release was filed on August 23, 2022 with the Court alleging that Defendant violated condition 7(f) of his bond conditions ordering that his travel was restricted to the Brownsville/McAllen Division with permission to travel to Corpus Christi, TX for court appearances, attorney conferences, and other court related matters. Travel outside the restricted area was to be pre-approved by the USPO. The specific factual allegations are detailed in the petition. (D.E. 32). Defendant pled true to the allegation. The government proffered the testimony of U.S. Probation Officer Mary Healey.

The following requires detention of the defendant pending trial in this case:

(1) There is clear and convincing evidence that the Defendant has violated the condition of release;

    (2)    Based on the factors in section 3142(g) of Title 18, there is no condition or combination of conditions of release that will assure that the Defendant will not flee or pose a danger to the safety of any other person or the community; and

    (3)    Defendant is unlikely to abide by any condition or combination of conditions of release.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on September 15, 2022.

                                                Julie K. Hampton
                                                United States Magistrate Judge